(100 South. 732)

No. 24223.

**Max DREYFUS v. L. BOUANCHAUD, Tax Collector, et al.**

(April 30, 1924.)

Appeal from Twenty-First Judicial District Court, Parish of Pointe Coupee; J. E. LeBlanc, Jr., and C. K. Schwing, Judges.

J. H. Morrison, Dist. Atty., and Claiborne & Claiborne, all of New Roads, for appellants.

Paul G. Borron, of Baton Rouge, and Bouanchaud & Kearney, of New Roads, for appellee.

By Division B, composed of Justices DAWKINS, LAND, and LECHE.

DAWKINS, J. The issues involved in this case are the same as those considered in the case of Bomer-Blanks Lumber Co. v. Bouanchaud, Sheriff and Tax Collector, No. 24224, 100 South. 731,[1] this day decided, plaintiff here being merely another taxpayer resisting the same tax; and, for the reasons therein assigned, the judgment of the lower court is affirmed, with costs.